# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) DERRICK BRUSH,<br>2) BENNY E. BURRELL,<br>3) COREY WAYNE BUTLER,<br>4) RONNIE MAC CHANCE,<br>5) RICHARD DALY,<br>6) KEVIN DANIELS,<br>7) LARRY GAINES, SR.,<br>8) CHRISTOPHER GOODMAN,<br>9) CHARLES KINCADE,<br>10) KEVIN LEONARD,<br>11) JEFFREY LUSK,<br>12) CARY MCMINN<br>13) LEO MERLE MUCKER<br>14) ELSTON C. PERRY<br>15) JONATHAN STAPLETON, AND<br>16) RAYMOND WOFFORD,<br><br>PLAINTIFFS,<br><br>v.<br><br>1) ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICA, INC.,<br>2) JOHNSON & JOHNSON COMPANY,<br>3) JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC,<br>4) EXCERPTA MEDICA, INC., AND<br>5) ELSEVIER, INC.,<br><br>Defendants. | Case No.: 16-CV-46-GKF-PJC |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS EXCERPTA MEDICA, INC. AND ELSEVIER, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Derrick Brush, Benny E. Burrell, Corey Wayne Butler, Ronnie Mac Chance, Richard Daly, Kevin Daniels, Larry Gains, Jr. Christopher Goodman, Charles Kincade, Kevin Leonard, Jeffrey Lusk, Cary McMinn,

Leo Merle Mucker, Elston C. Perry, Jonathan Stapleton, and Raymond Wofford, through their counsel of record and hereby stipulate and dismiss without prejudice their claims against Defendants EXCERPTA MEDICA, INC. (correctly named as RELX, INC. (formerly Reed Elsevier Inc.) as successor-by-merger to Excerpta Medica, Inc.) and ELSEVIER, INC. Defendants EXCERPTA MEDICA, INC. (correctly named as RELX, INC. (formerly Reed Elsevier Inc.) as successor-by-merger to Excerpta Medica, Inc.) and ELSEVIER, INC. concur with this Stipulation. This dismissal does not affect the claims against any remaining Defendants.

Dated: August 11, 2016.

Respectfully submitted,

BY: *s/Kris Ted Ledford*
Kris Ted Ledford, OBA #17552
LEDFORD LAW FIRM
Heritage Professional Plaza
525 East 22nd Street, Suite 101
Owasso, OK 74055
Telephone: (918) 376-4610
Facsimile: (918) 376-4993
kris@ledford-lawfirm.com

and

WARREN C. PLUNK, OBA #21093
PLUNK LAW FIRM
1330 N. Classen Blvd., Suite 103
Oklahoma City, OK 73016
Telephone: (405) 234-6361
Facsimile: (405) 713-1852

ATTORNEYS FOR PLAINTIFFS

BY: *s/Kristopher E. Koepsel*
Kristopher E. Koepsel, OBA # 19147
RIGGS, ABNEY, NEAL, TURPEN
 ORBISON & LEWIS, PC
502 West Sixth Street
Tulsa, Oklahoma  74119
(918) 587-3161 - telephone
(918) 583-1549 – facsimile
kkoepsel@riggsabney.com

ATTORNEYS FOR DEFENDANTS
RELX, INC. (formerly Reed Elsevier Inc.)
as successor-by-merger to Excerpta Medica,
Inc. and ELSEVIER, INC.

## CERTIFICATE OF MAILING

I hereby certify that on this 11th day of August, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Larry D. Ottaway
larryottaway@oklahomacounsel.com
Amy Sherry Fischer
amyfischer@oklahomacounsel.com
Jordyn L. Eckert
jordyneckert@oklahomacounsel.com

*s/Kris Ted Ledford*
Kris Ted Ledford