### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DERRICK BRUSH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 16-CV-46-GKF-FHM ) |
| ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC., f/k/a/JANSSEN PHARMACEUTICA, INC., et al., | ) ) ) ) ) ) |
| Defendants. | ) |

### OPINION AND ORDER

Defendants' Motions to Compel Plaintiff's Goodman, Leonard, and Stapleton to provide executed and completed fact sheets, [Dkt. 37, 38, 39], are before the court for decision. The motions have been fully briefed.

Defendants' motions are GRANTED. Plaintiffs Goodman, Leonard, and Stapleton are hereby ordered to provide complete fully executed and signed Plaintiff Fact Sheets by April 1, 2017.

Plaintiffs Goodman, Leonard, and Stapleton are hereby advised that failure to comply with this Order may result in the dismissal of their claims without prejudice.

SO ORDERED this 14th day of March, 2017.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE